33875. HILLCREST MEMORIAL PARK INC. *et al.* v. HEATH.

FELTON, J. 1. What a judge orally declares is not a judgment until put in writing and entered as such. *Hutcheson* v. *Hutcheson,* 197 *Ga.* 603 (30 S. E. 2d, 107); *McRae* v. *Smith,* 164 *Ga.* 23 (137 S. E. 390); *Foy* v. *McCrary,* 157 *Ga.* 461 (121 S. E. 804); *Freeman* v. *Brown,* 115 *Ga.* 23 (1) (41 S. E. 385); *Alexander* v. *Chipstead,* 152 *Ga.* 851 (111 S. E. 552); *Conley* v. *Pope,* 161 *Ga.* 462 (131 S. E. 168); *Cureton* v. *Cureton,* 120 *Ga.* 559 (48 S. E. 162); *Macon, Dublin &c. R. Co.* v. *Leslie,* 148 *Ga.* 524 (97 S. E. 438); *Swilley* v. *Hooker,* 126 *Ga.* 353 (55 S. E. 31).

2. Where a general demurrer to a petition was sustained on August 30, 1951, and leave granted plaintiff to amend by September 10, 1951, and where the order provided that, if not amended by that time, "the said petition will stand dismissed," in the absence of the allowance and filing of an amendment by the time allowed the petition stood automatically dismissed upon the expiration of such time. *Kumpe* v. *Hudgins,* 39 *Ga. App.* 788 (149 S. E. 56); *Howell* v. *Fulton Bag & Cotton Mills,* 188 *Ga.* 488, 490 (4 S. E. 2d, 181); *Smith* v. *Atlanta Gas-Light Co.,* 181

*Ga.* 479 (182 S. E. 603); *Pratt* v. *Gibson*, 96 *Ga.* 807 (23 S. E. 839); *Humphries* v. *Morris*, 179 *Ga.* 55 (175 S. E. 242); *Coffee* v. *Foote*, 66 *Ga. App.* 701 (18 S. E. 2d, 782); *Johnson* v. *Vassar*, 143 *Ga.* 702 (85 S. E. 833); *Cofer* v. *Maxwell*, 201 *Ga.* 846 (41 S. E. 420).

3. The oral statement by the judge to the attorney for the plaintiff, by telephone, that he would consider the amendment filed with him as of September 10, 1951, was ineffective as a judgment allowing the amendment or extending the time therefor, and the court erred in overruling the defendant's motion to strike the amendment on the ground that the petition stood dismissed on September 10, 1951, and that the judge's undated order, entered on September 11, 1951, allowing the amendment subject to objection, did not have the effect of keeping the case in court.

4. The court erred in refusing to strike the amendment.

*Judgment reversed. Sutton, C.J., and Worrill, J., concur.*

DECIDED FEBRUARY 28, 1952.

*George W. Fryhofer, Fulcher & Fulcher,* for plaintiffs in error.

*Ingram & Ingram,* contra.

